UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:22-cr-00003 |
| ) | Judge Richardson |
| CONTESSA HOLLEY ) | |

**MOTION OF DEFENDANT CONTESSA HOLLEY TO *AMEND* PREVIOUSLY FILED MOTION TO CONTINUE SENTENCING HEARING (DE 51)**

**COMES NOW** the Defendant, **Contessa Holley,** by and through her undersigned counsel, and hereby *amends* her previously filed motion to continue sentencing hearing (Docket Entry 51) to correctly state the government's position regarding the Defendant's request for a continuance. Undersigned counsel misread the government's email regarding its position and did not correctly articulate its position.

The Defendant hereby restates the government's position verbatim: "[y]ou can state that the government defers to the court, but *not* that we do not oppose." (emphasis supplied). Undersigned counsel apologizes for not reading the government's email more carefully. The previously filed motion should not have been titled "unopposed."

        Respectfully submitted,

        TUNE, ENTREKIN & WHITE, P.C.
        Capitol View
        500 11th Avenue North, Suite 600
        Nashville, TN 37203
        (615) 244-2770
        pstrianse@tewlawfirm.com

        BY: s/ Peter J. Strianse
             PETER J. STRIANSE
             Attorney for Defendant Holley

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been sent via the Court's electronic filing system, if registered, or, if unregistered in the Court's system, it has been sent via facsimile and deposited in the United States Mail, postage prepaid, to:

> Leslie Fisher
> Trial Attorney
> U.S. Department of Justice
> Fraud Section, Criminal Division
> 719 Church Street
> Suite 3300
> Nashville, TN 37203
>
> Terra Everett
> Supervisory U.S. Probation Officer
> Terra_Everett@tnmp.uscourts.gov

this 28th day of November, 2023

                                                    S/ Peter J. Strianse
                                                    PETER J. STRIANSE